UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GOOGLE INC.<br>       Petitioner,<br><br>v.<br><br>DIGITAL CITIZENS ALLIANCE<br>       Respondent. | CASE NO.: _____<br><br>CASE IN OTHER COURT:<br>No. 3:14-cv-00981-HTW-LRA (S.D. Miss.) |

**GOOGLE INC.'S RULE 45 MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Petitioner Google Inc., by and through its undersigned counsel, moves the Court to compel the Digital Citizens Alliance to produce documents pursuant to a subpoena issued by Google Inc. out of the United States District Court for the Southern District of Mississippi. This Motion is supported by the attached Memorandum, the accompanying Declaration of Michael H. Rubin and attached exhibits, a proposed order, any papers submitted in reply to any opposition to this Motion, facts of which this Court may take judicial notice, the record in the underlying action in the United States District Court for the Southern District of Mississippi, Case No. 3:14-cv-00981-HTW-LRA, arguments of counsel, if any, and any other matters as may properly come before this Court.

Dated:  June 1, 2015                    Respectfully submitted,

                                                      WILSON SONSINI GOODRICH & ROSATI
                                                      Professional Corporation

By: _____/s/ Veronica Ascarrunz_____
Veronica S. Ascarrunz (D.C. Bar No. 494474)
1700 K Street, NW
Fifth Floor
Washington, DC 20006
Email: vascarrunz@wsgr.com
Phone: (202) 973-8800
Fax: (202) 973-8899

David H. Kramer (*pro hac vice* forthcoming)
Michael H. Rubin (*pro hac vice* forthcoming)
650 Page Mill Road
Palo Alto, CA 94304
Email: dkramer@wsgr.com
Email: mrubin@wsgr.com
Phone: (650) 496-9300
Fax: (650) 493-6811

*Attorneys for Petitioner*
GOOGLE INC.