**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOOGLE INC.<br>        Petitioner,<br><br>v.<br><br>DIGITAL CITIZENS ALLIANCE<br>        Respondent. | **CASE NO.:** _____<br><br>**CASE IN OTHER COURT:**<br>No. 3:14-cv-00981-HTW-LRA (S.D. Miss.) |

**[PROPOSED]**

**ORDER**

Upon consideration of Petitioner Google Inc.'s Rule 45 Motion to Compel Compliance with Subpoena, and Respondent Digital Citizens Alliance's opposition thereto, together with argument of the parties, if any, IT IS HEREBY ORDERED that Petitioner's Motion is GRANTED.

Respondent shall produce all documents responsive to Google Inc.'s requests by no later than 14 days from the date of this Order.

IT IS SO ORDERED.

Dated:

                                                      _____