UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOOGLE INC.<br>      Petitioner,<br><br>v.<br><br>DIGITAL CITIZENS ALLIANCE,<br>MOTION PICTURE ASSOCIATION OF<br>AMERICA, INC., and<br>JENNER & BLOCK LLP<br>      Respondents. | CASE NO.: 1:15-mc-00707-JEB-DAR<br><br>CASE IN OTHER COURT:<br>No. 3:14-cv-00981-HTW-LRA (S.D. Miss.) |

**GOOGLE INC.'S SUPPLEMENTAL STATEMENT PURSUANT TO LCvR 7(m)**

Pursuant to Local Civil Rule 7(m) and the Court's Minute Order dated June 9, 2015, Petitioner Google Inc., by and through its undersigned counsel, hereby supplements its Rule 45(f) Motion to Transfer, Dkt. No. 9, to state that Google Inc. met and conferred in good faith with each Respondent regarding its Motion to Transfer, and each Respondent stated that they would not consent to transfer. Thus, the motion is opposed.

This statement is supported by the Declaration of Michael H. Rubin and attached exhibits (Dkt. Nos. 1-2, 4-2, 5-2, 6, 7, at ¶¶ 10-13), and the Memorandum of Points and Authorities In Support of Google Inc.'s Rule 45(f) Motion to Transfer (Dkt. No. 9 at p. 6 n.6).

Dated: June 9, 2015

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *s/ Veronica S. Ascarrunz*
    Veronica S. Ascarrunz (D.C. Bar No. 494474)
    1700 K Street, NW

Fifth Floor
Washington, DC 20006
Email: vascarrunz@wsgr.com
Phone: (202) 973-8800
Fax: (202) 973-8899

David H. Kramer (admitted *pro hac vice*)
Michael H. Rubin (*pro hac vice* forthcoming)
650 Page Mill Road
Palo Alto, CA 94304
Email: dkramer@wsgr.com
Email: mrubin@wsgr.com
Phone: (650) 496-9300
Fax: (650) 493-6811

*Attorneys for Petitioner*
GOOGLE INC.