UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOOGLE INC.,<br><br>      Petitioner,<br><br>v.<br><br>DIGITAL CITIZENS ALLIANCE,<br>MOTION PICTURE ASSOCIATION OF<br>AMERICA, INC., and<br>JENNER & BLOCK LLP<br><br>      Respondents. | CASE NO.: 1:15-mc-00707-JEB-DAR<br><br>CASE IN OTHER COURT:<br>No. 3:14-cv-00981-HTW-LRA (S.D. Miss.) |

### CERTIFICATE OF SERVICE

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served

1. **MINUTE ORDER INSTRUCTING PETITIONER TO COMPLY WITH LOCAL CIVIL RULE 7(m)**

2. **MINUTE ORDER GRANTING *PRO HAC VICE* APPLICATION RE DAVID H. KRAMER**

3. **GOOGLE INC.'S SUPPLEMENTAL STATEMENT PURSUANT TO LCvR 7(m)**

by forwarding the document(s) by electronic transmission on this date to the Internet email addresses listed below:

***Counsel for Jenner & Block LLP***
Christopher Tompkins
Email: CTompkins@jenner.com

**Counsel for Digital Citizens Alliance**
Eli Kay-Oliphant
Email: EKay-Oliphant@masseygail.com

**Counsel for Motion Picture Association of America**
Jeremy Creelan
Email: JCreelan@jenner.com

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Palo Alto, California on June 9, 2015.

                 _____
                 Deborah Grubbs