# Exhibit 2

**From:** MARY JO WOODS [MWOOD@ago.state.ms.us]
**Sent:** Friday, February 21, 2014 4:05 PM
**To:** Mike Moore (mm@mikemoorelawfirm.com); Jonathan Compretta (jc@mikemoorelawfirm.com); McKenna, Rob; Moran, Brian T.; Perrelli, Thomas J
**Subject:** FW: Attorneys General Follow-up Letter
**Attachments:** Response to Attorneys General Feb. 7, 2014 letter-signed.pdf

Blake and I would value any feedback, suggestions, summaries, questions, or anything else y'all can contribute so that we can get a joint analysis to Jim as soon as possible.

When I tried to forward the e-mail with the Denver slides attached, it bounced back, so I will try to send that document separately.

We really appreciate everyone's input and your support in this endeavor, and look forward to seeing you in D.C.

Thanks!
MJ

Mary Jo Woods
Special Assistant Attorney General
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
(601) 359-3020 (phone)
(601) 359-2003 (fax)
mwood@ago.state.ms.us

This message is being sent by the Office of the Attorney General for the State of Mississippi and is intended only for the use of the individual to which it is addressed and may contain information that is legally privileged or confidential. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the original sender or the Office of the Attorney General at (601) 359-3680 immediately by telephone or by return e-mail and delete this message from your computer. Thank you.

**From:** Kent Walker [mailto:kwalker@google.com]
**Sent:** Friday, February 21, 2014 2:41 PM
**To:** Spohn, Katie; dave.lopez@nebraska.gov
**Cc:** Amanda Sutherlin Owens; Jim DePriest; Bradford Phelps; Erika Gee; Ann.m.nishihira@hawaii.gov; BLAKE BEE; MARY JO WOODS; saexeter@utah.gov; Cookson, David; Scheuler, Anita; Matthew.Fitzsimmons@ct.gov; Cynthia Pantazis; Adam Barea; Pamela Howell
**Subject:** Re: Attorneys General Follow-up Letter

Ms. Spohn, Mr. Lopez, and all copied --
I attach our response to your earlier letter, as well as a set of slides addressing the topics we covered in our meeting in Denver. Our team looks forward to continuing our discussions with your offices later this month.

Best,
-- Kent

Kent Walker
SVP & General Counsel
Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94301
650.253.7747

On Wed, Feb 12, 2014 at 9:36 AM, Spohn, Katie <Katie.Spohn@nebraska.gov> wrote:
Mr. Walker,

Attached please find a copy of an updated version of the letter sent to you last Friday, which inadvertently omitted Connecticut. The letter is unchanged in all respects other than the addition of Connecticut and to change the date on the letter.

Katie Spohn
Deputy Attorney General
Nebraska Attorney General's Office
(402) 471-2834
Email: katie.spohn@nebraska.gov
Representations in this communication belong to the author and do not necessarily reflect the views of the Attorney General's Office. This electronic mail transmission may contain confidential or privileged information. If you believe that you have received the message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Lopez, Dave
**Sent:** Friday, February 07, 2014 5:17 PM
**To:** kwalker@google.com
**Cc:** Amanda Sutherlin Owens; Jim DePriest; Bradford Phelps; Erika Gee; Ann.m.nishihira@hawaii.gov; BLAKE BEE; MARY WOODS; saexeter@utah.gov; Cookson, David; Spohn, Katie; Scheuler, Anita

**Subject:** Attorneys General Follow-up Letter

Mr. Walker:

Please see attached.

David A. Lopez
Assistant Attorney General
Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509-8920

402.471.2682 phone
402.471.3297 fax
Dave.Lopez@nebraska.gov

CONFIDENTIAL                                                                                                                                                                    JB_00000334