# Exhibit 6

**From:** McKenna, Rob [rmckenna@orrick.com]
**Sent:** Thursday, January 09, 2014 3:42 PM
**To:** BLAKE BEE; Moore Mike (mm@mikemoorelawfirm.com)
**CC:** MARY JO WOODS; MELANIE WEBB; Perrelli, Thomas J
**Subject:** RE: Google Meeting January 20

Will do, Blake, and thanks for the opportunity.

Best wishes,

Rob

**From:** BLAKE BEE [mailto:BLBEE@ago.state.ms.us]
**Sent:** Thursday, January 09, 2014 12:33 PM
**To:** McKenna, Rob; Moore Mike (mm@mikemoorelawfirm.com)
**Cc:** MARY JO WOODS; MELANIE WEBB
**Subject:** Google Meeting January 20

Mike,

Per our conversation this afternoon, General Hood would like Rob and Tom to come the night before and brief the attending attorneys general and any designees. I have copied Melanie who can work with you on logistics for the meeting.

Blake

Blake Bee
Executive Counsel
Special Assistant Attorney General
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205-0220
PH: (601)359-3070
FX: (601)359-2009
blbee@ago.state.ms.us

This message is being sent by the Office of the Attorney General for the State of Mississippi and is intended only for the use of the individual to which it is addressed and may contain information that is legally privileged or confidential. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the original sender or the Office of the Attorney General at (601) 359-3680 immediately by telephone or by return e-mail and delete this message from your computer. Thank you.

================================================================
IRS Circular 230 disclosure: To ensure compliance with requirements

imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

===============================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit http://www.orrick.com/

===============================================================

CONFIDENTIAL                                                                                          JB_00000135