# Exhibit 7

**From:** Mike Moore [mm@mikemoorelawfirm.com]
**Sent:** Friday, October 03, 2014 10:41 AM
**To:** Hemanshu Nigam (hnigam@sspblue.com); Perrelli, Thomas J.; 'tom.galvin@463.com' (tom.galvin@463.com); patrick@patricklynchgroup.com; Van Stevenson (vans_stevenson@mpaa.org); Rick Smotkin
**CC:** Jim Hood; ATTORNEY GENERAL JIM HOOD; Jonathan Compretta
**Subject:** nude photos

I saw this morning that martin singer in California is threatening a 100 million dollar law suit against google for the leaked nude photos of Jennifer Lawrence et al , I talked to Vans 3 weeks ago about what I thought was a huge opportunity for us on this. He has been checking into it I think. My idea was to get Lawrence and other stars to say very loudly that in looking at their invasion of privacy case by Google etc. they have found out that thousands of childrens pictures being sexually abused are also being exploited and Google has not done enough to stop that as well as sale of illegal drugs, steroids, stolen movies music and software. So the idea is they would speak out for themselves but also for our issues because it makes them look less selfish and stupid for worrying about the self pics or whatever got them exposed on line, and do a real public service by bringing public attention to what is a bigger and more worthy cause. Our cause of course would be served by having the celebrities harness the news cycle on this and bring huge pressure to the issue. The AGs could host a big conference featuring the celebs and all others impacted by Googles mis deeds, all the press would be there and we would be off to the races with this issue capturing the attention of the public, policy makers and officials in a way we have not been able to get them to focus so far. My stepping off point on this was an article in the paper Sept 5th that said the leaked nude photos of Jennifer Lawrence and Kate Upton were going from the internet to live display at an actual art gallery in Florida. An LA artist named XVALA will include the pictures he got off of Google unaltered and life size in an upcoming art gallery in St Petersburg Fl as part of his FEAR GOOGLE campaign. The show "No Delete" opens Oct 30 and will include 7 years of other leaked photos. If the group is slow to act on this I am going to recommend General Hood contact the stars lawyers and work this angle himself. I have put in a call to Martin Singer this morning and hope to hear from him when they wake up out there in California. Windows of Opportunity pop up and you have to seize them………………………………………just saying!

Mike Moore
Mike Moore Law Firm, LLC

10 Canebrake Blvd., Ste. 150
P. O. Box 321048
Flowood, MS  39232
T: (601) 933-0070
F: (601) 933-0071

CONFIDENTIAL                                                                                                          JB_00000463