# Exhibit 11

**JENNER & BLOCK LLP WITHHELD DOCUMENT LOG**

*Google, Inc. v. Hood*
Case No. 3-14-cv-00981 HTW (LRA) (S.D. Miss)

| Bates Number | Date | Subject/Title | Author/From | To | CC | Reason Withheld |
|---|---|---|---|---|---|---|
| JB_00000006 | 9/5/13 | Draft Google Subpoena 081313 | Blake Bee | Brian Cohen | | Withheld at the request of the Mississippi Attorney General. |
| JB_00000012 | 1/16/14 | 756179130(3)_GoogleMeetingStrategy | Brian T. Moran | Blake Bee, Mary Jo Woods | | Withheld at the request of the Mississippi Attorney General. |
| JB_00000081 | 10/17/13 | RE: Catching Up | Jim Hood | Thomas Perrelli | | Withheld at the request of the Mississippi Attorney General. |
| JB_00000130 | 1/9/14 | AG Memo 1 – Google Illegal Conduct - 1 8 2014 | Thomas Perrelli | Blake Bee, Mary Jo Woods | | Withheld at the request of the Mississippi Attorney General. |
| JB_00000131 | 1/9/14 | AG Memo 2 – Google Can Take Action - 1 8 2014 | Thomas Perrelli | Blake Bee, Mary Jo Woods | | Withheld at the request of the Mississippi Attorney General. |
| JB_00000132 | 1/9/14 | AG Memo 3 – Google Must Change Its Behavior - 1 8 2014 | Thomas Perrelli | Blake Bee, Mary Jo Woods | | Withheld at the request of the Mississippi Attorney General. |
| JB_00000133 | 1/9/14 | AG Memo 4 – CDA – 1 8 2014 | Thomas Perrelli | Blake Bee, Mary Jo Woods | | Withheld at the request of the Mississippi Attorney General. |
| JB_00000142 | 1/15/14 | AG UDAP Short Deck 1.10.14 | Brian T. Moran | Mary Jo Woods | Rob McKenna, Thomas Perrelli | Withheld at the request of the Mississippi Attorney General. |
| JB_00000195 | 1/17/14 | RE: MATERIAL for Google meeting | Thomas Perrelli | Mary Jo Woods, Rob McKenna, Brian T. Moran | | Withheld at the request of the Mississippi Attorney General. |
| JB_00000196 | 1/17/14 | RE: MATERIAL for Google meeting | Thomas Perrelli | Mary Jo Woods, Rob McKenna, Brian T. Moran | | Withheld at the request of the Mississippi Attorney General. |
| JB_00000197 | 1/17/14 | RE: MATERIAL for Google meeting | Brian T. Moran | Mary Jo Woods, Rob McKenna, Thomas Perrelli | | Withheld at the request of the Mississippi Attorney General. |

| | | | | | |
|---|---|---|---|---|---|
| JB_00000265 | 1/24/14 | Draft Post Meeting Letter | Thomas Perrelli | Mary Jo Woods | Withheld at the request of the Mississippi Attorney General. |
| JB_00000363 | 2/22/14 | Draft Response to Google Letter 2 22 14 | Thomas Perrelli | | Withheld at the request of the Mississippi Attorney General. |
| JB_00000447 | 10/2/13 | 09 30 13 Draft Response Letter to Google | Thomas Perrelli | Mary Jo Woods | Withheld at the request of the Mississippi Attorney General. |
| JB_00000449 | 9/8/14 | RE: From Attorney General Hood | Melanie Webb | Amanda Owens, Amy Sexton, Ann Nishihira, Anita Scheuler, Ashley Olmstead, B. Gruhn, Bradford Phelps, Britt Grant, Catherine Crutcher, Christelle Taylor, Christine Stoll-Bellavia, Chrystal Bader, David Blake, David Cookson, David H., Debbie Dougherty, DJ Pascoe, Emily Westerberg, Erika Gee, isaacsc@michigan.gov, J. Abrams, J. Ambroz, Jackie Dischell, Jacklyn Varela, Jan Zavislan, Jennifer Busey, Jim Depriest, Jody Swanson, Joe Potchen, John Abel, Jonathan Fulkerson, Judy Mitchell, K. Foster, Karens9@atg.wa.gov, Katie Spohn, Kevin Turner, L. Fitzgerald, L. Gray, Linda Hoffa, Linda Williams, Lynell Erickson, M. Lenz, M. Van Hise, M.K. Swanson, Matt Fitzsimmons, | Withheld at the request of the Mississippi Attorney General. |

| JB_00000561 | 1/16/14 | 756179130(3)_GoogleMeetingStrategy | Brian T. Moran | P. Witte, P. Ziperman, Pam Murphy, R. Russell, Rachel Irwin, Rebecca Partington, Robert Allen, Rodney Kimura, Ryan Post, S. Antie, S. Fishel, S. Kennedy, S. Pleasant, saexeter@utah.gov, SDconsumerattorney@state.sd.us, Shannon Smith, T. Denney, Terri Connell, teszlewiczb@michigan.gov, Trey Phillips, Trish Conners | Blake Bee, Mary Jo Woods | Withheld at the request of the Mississippi Attorney General. |