# Exhibit 1

# Redacted

**From:** BLAKE BEE [mailto:BLBEE@ago.state.ms.us]
**Sent:** Friday, February 21, 2014 12:35 PM
**To:** Cohen, Brian
**Cc:** MELANIE WEBB; MARY JO WOODS
**Subject:** Re: Tuesday Night Dinner

Brian,

Thank you for the invitation to dinner. Mary Jo and I will need to play it by ear.

We will let you know as soon as we receive a response. As an FYI, Mary Jo and I will be on our cell phones for any call today.

We do not have an assigned room yet. We invited all the attorneys general, but do not have a head count. Any help you can give in inviting AGs to attend would be appreciated.

We will have a pre-meeting, but it will be AGs and staff only.

Blake

Sent from my iPhone

On Feb 21, 2014, at 10:13 AM, "Brian_Cohen@mpaa.org" <Brian_Cohen@mpaa.org> wrote:

> Melanie- You are the best, as always! Thank you!! The Supreme Court reception is 5:30-7. What time do you think is best for the dinner reservation?
>
> Blake/Mary Jo: I know you guys will be swamped, but if you can join would love to have you both.
>
> Look forward to seeing the response letter – I know it will prob come late today. As we discussed, Steve Danon, Kate and I will make ourselves available later today to discuss.

CONFIDENTIAL

On another note, Blake, do you know what the room location is for the 3:30 meeting? Did you guys invite all AGs, all 23 AGs who signed the letter in December, or just the Ags who attended the last meeting? We want to make sure we try to nudge whoever you invited to attend when we see them Sunday and Monday.

Were you guys going to have a pre meet at 8:30 AM Monday? Will Perrelli be joining?

Thanks,
BC

Brian Cohen
Director, External State Government Affairs
Motion Picture Association of America
1600 Eye Street, NW
Washington, DC 20006

Email:   brian_cohen@mpaa.org
Desk:    202-378-9170

**From:** MELANIE WEBB [mailto:MWEBB@ago.state.ms.us]
**Sent:** Thursday, February 20, 2014 6:32 PM
**To:** Cohen, Brian
**Cc:** BLAKE BEE; MARY JO WOODS
**Subject:** RE: Tuesday Night Dinner

Hi!!!

Glad you enjoyed the Fairview.  It is lovely!  Yes, Jim Hood will be delighted to have dinner with you after the Supreme Court reception.   I will  loop Blake and Mary Jo in here – Jim has  their respective noses  to grindstones, so I'll let them answer you directly – I just do not know what their schedule is.

I will get my Attorney General untangled from any other Tuesday night events  taking place that night so very quiet helps me a great deal!

Thanks!

Melanie

**From:** Brian_Cohen@mpaa.org [mailto:Brian_Cohen@mpaa.org]
**Sent:** Thursday, February 20, 2014 4:59 PM
**To:** MELANIE WEBB
**Subject:** Tuesday Night Dinner

Hello my dear.

It was so nice to see you in Jackson! That Fairview Inn is so nice. Love the bar there. So relaxing.

CONFIDENTIAL                                                                                                          JB_00000331

I look forward to seeing Jim, Blake and Mary Jo in DC soon.  Hope everyone is doing well.

Do you know if Jim ( and Blake and Mary Joe) want to get together for dinner Tuesday after the Supreme Court reception like last year? Vans and I were thinking we would grab Bill Guidera, Tom Perrelli, and anyone else Jim wanted sit with, but keep it relatively small and intimate. Also could invite HI Ag David Louie.

Hoping Jim is free.

Hoping you are well.

Take care,
Brian

Brian Cohen
Director, External State Government Affairs
Motion Picture Association of America
1600 Eye Street, NW
Washington, DC 20006

Email:  brian_cohen@mpaa.org
Desk:    202-378-9170

JB_00000332