# Exhibit 10

**From:** Danon, Steve [SDanon@ddcadvocacy.com]
**Sent:** Tuesday, June 18, 2013 7:01 AM
**To:** JAN SCHAEFER; BLAKE BEE
**CC:** Cohen, Brian
**Subject:** RE: Draft Media Release for Attorney General Hood

I love journalist ☺

**Steve Danon**
Vice President | DDC Advocacy
174 Waterfront Street, Suite 500 | National Harbor, MD 20745
**Main**: (301) 686-8000 | **Direct:** (301) 686-8056 | **Mobile:** (202) 524-0014
SDanon@ddcadvocacy.com



http://www.ddcadvocacy.com/

Follow DDC Advocacy:

**From:** JAN SCHAEFER [mailto:JSCHA@ago.state.ms.us]
**Sent:** Tuesday, June 18, 2013 9:06 AM
**To:** BLAKE BEE
**Cc:** Brian_Cohen@mpaa.org; Danon, Steve
**Subject:** RE: Draft Media Release for Attorney General Hood

From: Danon, Steve [SDanon@ddcadvocacy.com]
Sent: Tuesday, June 18, 2013 7:00:31 AM
To: JAN SCHAEFER; BLAKE BEE
CC: Cohen, Brian
Subject: RE: Draft Media Release for Attorney General Hood

I love journalist J


Steve Danon

Vice President | DDC Advocacy

174 Waterfront Street, Suite 500 | National Harbor, MD 20745

Main: (301) 686-8000 | Direct: (301) 686-8056 | Mobile: (202) 524-0014

SDanon@ddcadvocacy.com


 <http://www.ddcadvocacy.com/>

 <http://www.ddcadvocacy.com/> http://www.ddcadvocacy.com/


Follow DDC Advocacy:
 <http://www.ddcadvocacy.com/blog/>   <http://www.linkedin.com/companies/18863?trk=NUS_CMPY_FOL-co>   <http://twitter.com/DDCAdvocacy>   <http://www.facebook.com/?sk=messages&ref=mb#!/pages/DDC-Advocacy/144418529207?ref=ts>


From: JAN SCHAEFER [mailto:JSCHA@ago.state.ms.us]
Sent: Tuesday, June 18, 2013 9:06 AM
To: BLAKE BEE
Cc: Brian_Cohen@mpaa.org; Danon, Steve
Subject: RE: Draft Media Release for Attorney General Hood


Looks great!  I made some minor changes in order to follow our usual formatting style.  See attached.  Also, I usually don't use "for immediate release" (it's just a pet peeve from my journalist days) and I always say Attorney General Hood, never just Hood (that's a PR thing, completely against my journalist days, lol).


Thanks so much for drafting!

Jan


_____

CONFIDENTIAL & PRIVILEGED COMMUNICATION
The information contained in this communication is confidential and/or privileged, proprietary information that is transmitted solely for the purpose of the intended recipient(s). If the reader of this message is not an intended

recipient, or if this message has been inadvertently directed to your attention, you are hereby notified that you have received this communication and any attached document(s) in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and destroy all copies of the original communication.