# Exhibit 11

**From:** Cohen, Brian
**Sent:** Thursday, May 23, 2013 12:02 PM
**To:** BLAKE BEE
**CC:** JAN SCHAEFER
**Subject:** RE: PR Firm

Hi guys-

Here is Steve's contact info. Blake do you have two minutes for a quick chat? I had question on the panel for Boston. Thanks!

**Steve Danon**
Vice President | DDC Advocacy
174 Waterfront Street, Suite 500 | National Harbor, MD 20745
**Main**: (301) 686-8000 | **Direct:** (301) 686-8056 | **Mobile:** (202) 524-0014
SDanon@ddcadvocacy.com



http://www.ddcadvocacy.com/

Follow DDC Advocacy:

 


Brian Cohen
Director, External State Government Affairs
Motion Picture Association of America
1600 Eye Street, NW
Washington, DC 20006

Email:   brian_cohen@mpaa.org
Desk:    202-378-9170

**From:** BLAKE BEE [mailto:BLBEE@ago.state.ms.us]
**Sent:** Wednesday, May 22, 2013 12:31 PM
**To:** Cohen, Brian
**Cc:** JAN SCHAEFER
**Subject:** RE: PR Firm

Brian

Jan Schaffer, our office's public information officer, and myself will take this call. We have time available tomorrow afternoon or next Tuesday. I am moving to a new apartment on Friday, so my availability that day is spotty.

Thanks, Blake

**From:** Brian_Cohen@mpaa.org [mailto:Brian_Cohen@mpaa.org]
**Sent:** Tuesday, May 21, 2013 2:18 PM
**To:** BLAKE BEE
**Subject:** PR Firm

Blake-

Let me know when is a good time to arrange a call for you, your press folks, and maybe even General Hood with a PR firm that wants to assist both in the roll out of the April 1 letter and the strategy for Boston. They are all ready to assist and have great ideas, ton of experience.

Thanks,
Brian

Brian Cohen
Director, External State Government Affairs
Motion Picture Association of America
1600 Eye Street, NW
Washington, DC 20006

Email:  brian_cohen@mpaa.org
Desk:   202-378-9170

CONFIDENTIAL                                                                                                    MPAA00000565