# Exhibit 19

# IN UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**GOOGLE, INC.**                                                      **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 3:14cv981-HTW-LRA**

**JIM HOOD, ATTORNEY GENERAL**
**OF THE STATE OF MISSISSIPPI,**
**IN HIS OFFICIAL CAPACITY**                               **DEFENDANT**

## PRIVILEGE LOG

| Name | Description | Date(s) | Author(s) | Recipient(s) | Privilege(s) |
|------|-------------|---------|-----------|--------------|--------------|
| PL000001-PL000067 | Draft Subpoena (Request No. 1) | On or about Oct. 17, 2014[1] | | From Mike Moore Law Firm to Office of the Mississippi Attorney General | Attorney-Client<br><br>Work Product |
| PL000075-PL000119 | Draft Subpoena (Request No. 1) | On or about Sept. 11, 2014[2] | | From Mike Moore Law Firm to Office of the Mississippi Attorney General | Attorney-Client<br><br>Work Product |
| PL000068-PL000074 | Draft CID (Request No. 1) | On or about Nov. 26, 2013[3] | | From Orrick to Office of the Mississippi Attorney General | Work Product |
| PL00012-PL000166 | Draft CID (Request No. 1) | On or about April 22, 2014[4] | | From Orrick to Office of the Mississippi Attorney General | Work Product |
| PL000167-PL000176 | Draft Subpoena (Request No. 1) | On or about April 3, 2012[5] | | From Mike Moore Law Firm to Office of the Mississippi Attorney General | Attorney-Client<br><br>Work Product |
| D000001 | Email (Forward email from Attorney | Nov. 27, 2013 | Attorney General Hood | From Attorney General Hood to the Mike Moore Law | Attorney-Client |

[1] This date indicates the approximate date of receipt.
[2] This date indicates the approximate date of receipt.
[3] This date indicates the approximate date of receipt.
[4] This date indicates the approximate date of receipt.
[5] This date indicates the approximate date of receipt.

| | | | | | |
|---|---|---|---|---|---|
| | General Hood, which has been redacted) (Request No. 2) | | | Firm and Special Assistant Attorneys General with the Office of the Mississippi Attorney General | |
| D000004-D000065 | Redacted Portion of Letters from Attorney General Hood (Request No. 3) | August 28, 2014 | Attorney General Hood | Attorneys General in Other States | Work Product

Common Interest Doctrine |
| PL000202-PL000222 | Email with Legal Memoranda (Request No. 4) | On or about January 14, 2014[6] | | From Orrick to Special Assistant Attorney General with the Office of the Mississippi Attorney General | Work Product |
| PL000223-PL000245 | Email with Legal Memoranda (Request No. 4) | On or about January 9, 2014[7] | | From Jenner & Block to Special Assistant Attorney General with the Office of the Mississippi Attorney General | Work Product |
| PL000177-PL000201 | Email with Legal Memoranda (Request No. 4) | On or about January 9, 2014[8] | | From Jenner & Block to Special Assistant Attorney General with the Office of the Mississippi Attorney General | Work Product |

---

[6] This date indicates the approximate date of receipt.
[7] This date indicates the approximate date of receipt.
[8] This date indicates the approximate date of receipt.