# Exhibit 20

IN UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GOOGLE, INC.     PLAINTIFF

v.     CIVIL ACTION NO. 3:14cv981-HTW-LRA

JIM HOOD, ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI,
IN HIS OFFICIAL CAPACITY     DEFENDANT

## PRIVILEGE LOG FOR APRIL 27, 2015[1] DOCUMENT PRODUCTION

| Document Name | Description of Document(s) and Elements of Privilege | Req. No.[2] | Date | Author(s) | Recipient(s) | Privilege(s) |
|---|---|---|---|---|---|---|
| Email | **General's Request for Draft Letter** Document prepared in anticipation of litigation or for trial by or for the Attorney General | # 7 | 3/28/13 | Brian Cohen | Meredith Aldridge Blake Bee[3] | Work Product |
| Email | **Hood Letter – Request for Examples of Notices** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 3/28/13 | Clint Cox | David Green, Braxton Perkins, Brian Cohen | Work Product |
| Email & Attached Document | **General's Request for Draft Letter and Draft Letter** Document prepared in anticipation of litigation or for trial by or for the | #7 | 3/28/13 | Brian Cohen | Meredith Aldridge Blake Bee | Work Product |

---

[1] April 27, 2015 was a State holiday and thus, by rule, as well as agreement of Google's counsel, the documents and Privilege Log are being produced on April 28, 2015.

[2] The Request numbers correspond to Google's email correspondence requesting the April 27, 2015 production of documents.

[3] Special Assistant Attorneys General with the Mississippi Attorney General's Office.

| | | | | | | |
|---|---|---|---|---|---|---|
| | Attorney General | | | | | |
| Email | **General's Request for Draft Letter** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 3/28/13 | Meredith Aldridge | Brian Cohen Blake Bee | Work Product |
| Email | **General's Request for Draft Letter** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 3/28/13 | Brian Cohen | Meredith Aldridge Blake Bee | Work Product |
| Email | **Hood Letter – Request for Example Notices** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 3/28/13 | Brian Cohen | Meredith Aldridge Blake Bee | Work Product |
| Email | **Hood Letter – Request for Examples Notices** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 3/28/13 | Meredith Aldridge | Brian Cohen Blake Bee | Work Product |
| Email | **Hood Letter – Request for Examples Notices** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 3/28/13 | Brian Cohen | Meredith Aldridge Blake Bee | Work Product |
| Email | **Hood Letter – Request for Examples Notices** Document prepared in anticipation of litigation or for | #7 | 3/29/13 | Meredith Aldridge | Brian Cohen Blake Bee | Work Product |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | trial by or for the Attorney General | | | | | |
| Email | **Hood Letter – Request for Example Notices** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 3/29/13 | Brian Cohen | Meredith Aldridge Blake Bee | Work Product |
| Email | **Hood Letter – Request for Examples Notices** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 3/28/13 | Meredith Aldridge | Brian Cohen Blake Bee | Work Product |
| Email | **Hood Letter – Request for Examples Notices** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 3/29/13 | Brian Cohen | Meredith Aldridge Blake Bee | Work Product |
| Email & Attached Document | **Email & Memo re: Potential Causes of Action v. Google** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #2 | 12/19/13 | Brian Moran | Blake Bee | Work Product |
| Email & Attached Documents | **Memo re: Potential Google "asks" 10/29/13 Draft AG Asks re: Google; Draft Response Letter to Google dated** | #2 | 11/15/13 | Email drafted by Mary Jo Woods, Draft Response Letter to Google drafted by Mary Jo Woods and Tom Perrelli[4] | Mike Moore Jonathan Compretta | Attorney-Client Work Product |

---

[4] The email string and document entitled "10/29/13 Draft AG Asks re: Google" has been produced as the document was not prepared by or for the Attorney General but was forwarded to Mike Moore. The production of the "Draft AG Asks re: Google" is distinguished from documents withheld by the Attorney General as work product and which were prepared for the Attorney General in anticipation of litigation. The production of the Draft AG Asks re: Google does not waive any privilege asserted by the Attorney General with respect to other documents or memorandums set forth in this Privilege Log or in the Privilege Log for the document production of April 15, 2015.

| | | | | | | |
|---|---|---|---|---|---|---|
| | **9/30/13** Confidential communication between Attorney General and Mike Moore for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding; Document prepared in anticipation of litigation or for trial by or for the Attorney General | | | | | |
| Email & Attached Document | **Email & Draft Letter to Google** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 1/24/13 | Tom Perrelli | Mary Jo Woods | Work Product |
| Email & Attached Document | **Email and Draft Letter to Google** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 10/2/13 | Tom Perrelli | AG Jim Hood | Work Product |
| Email & Attached Document | **Email & Draft Letter to Google** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 10/3/13 | Tom Perrelli | AG Jim Hood | Work Product |
| Email | **Email re: Draft Letter and Strategy** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 10/17/13 | AG Jim Hood | Tom Perrelli Blake Bee | Work Product |
| Email | **Attorney General** | #7 | 10/31/13 | Mike Moore | AG Jim Hood | Attorney-Client |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Project: Revised Google "Ask" Document** Confidential communication between Attorney General and Mike Moore for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding; Document prepared in anticipation of litigation or for trial by or for the Attorney General | | 5 | | | &Work Product |
| Email | **Attorney General Project: Revised Google "Ask" Document** Confidential communication between attorneys working for the Mississippi Attorney General's Office for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding; Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 11/15/13 | Blake Bee | Mary Joe Woods | Attorney-Client & Work Product |
| Email | **Attorney General Project: Revised Google "Ask" Document** Confidential communication between Attorney General attorneys working for the Mississippi Attorney | #2 | 11/15/13 | AG Jim Hood | Blake Bee | Attorney-Client & Work Product |

| | | | | | | |
|---|---|---|---|---|---|---|
| | General's Office for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding; Document prepared in anticipation of litigation or for trial by or for the Attorney General | | | | | |
| Email & Attached Documents | **Attorney General Project: Revised Google "Ask" Document; Draft Response Letter to Google dated 9/30/13** Confidential communication between attorneys working for the Mississippi Attorney General's Office for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding; Document prepared in anticipation of litigation or for trial by or for the Attorney General | #2 | 11/15/13 | Mary Jo Woods[5] | Mike More Jonathan Compretta[6] | Work Product & Common Interest |
| Email & Attached Document | **Google Response Letter** Confidential communication between Attorney General and attorneys working for the Mississippi Attorney General's Office for purposes of | #7 | 11/18/13 | Blake Bee | AG Jim Hood Mary Jo Woods | Attorney-Client & Work Product |

---

[5] Special Assistant Attorney General with the Mississippi Attorney General's Office.
[6] Jonathan Compretta is an attorney with the Mike Moore Law firm and thus communications are subject to the attorney-client privilege.

6

| | | | | | | |
|---|---|---|---|---|---|---|
| | securing either a legal opinion or legal services, or assistance in some legal proceeding; Document prepared in anticipation of litigation or for trial by or for the Attorney General | | | | | |
| Email | **Google Draft Response Letter** Confidential communication between Attorney General and Mike Moore for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding; Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 11/19/13 | Johnathan Compretta | Mary Jo Woods | Attorney- Client & Work Product |
| Email | **Google Draft Response Letter** Confidential communication between Attorney General and Mike Moore for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding; Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 11/19/13 | Mary Jo Woods | Johnathan Compretta | Attorney-Client & Work Product |
| Email & Attached Document | **Email and Draft Response Letter to Google** Confidential communication | #7 | 11/19/13 | Mary Jo Woods | Mike Moore Jonathan Compretta | Attorney-Client & Work Product |

7

| | | | | | | |
|---|---|---|---|---|---|---|
| | between Attorney General and Mike Moore for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding; Document prepared in anticipation of litigation or for trial by or for the Attorney General | | | | | |
| Email | **Google Letter** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 11/26/13 | AG Jim Hood | Blake Bee, Mary Jo Woods, Mike Moore, Jon Bruning[7], David M. Louie[8] | Work Product & Common Interest |
| Email | **Email re: Google Response Letter** Confidential communication between Attorney General and Mike Moore for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding; Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 11/19/13 | Mary Jo Woods | Jonathan Compretta[9] | Attorney-Client & Work Product |
| Email | **Email re: Google Response Letter** Confidential communication between Attorney General and Mike | #7 | 11/19/13 | Jonathan Compretta | Mary Jo Woods | Attorney-Client |

---

[7] Then Attorney General for the State of Nebraska.

[8] Then Attorney General for the State of Hawaii.

[9] The Mike Moore Law Firm was identified as a "third party" in Google's Request for Production of Documents. The Attorney General is including Mike Moore as a third party for purposes of this Privilege Log, although he is not a third party and the Attorney General asserts the attorney-client privilege.

8

| | | | | | | |
|---|---|---|---|---|---|---|
| | Moore for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding | | | | | |
| Email & Attached Document | **Email & Memo re: Hawaii UDAP Statute and Causes of Action** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #2 | 12/19/13 | Brian Moran | Blake Bee | Work Product & Common Interest |
| Email and Attached Document | **Email and Memo re: Colorado's Consumer Protection Act and Causes of Action v. Google/YouTube** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #2 | 12/19/13 | Brian Moran | Blake Bee | Work Product & Common Interest |
| Email | **Research re: Google** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #2 | 12/19/13 | Brian Moran | Blake Bee Rob McKenna | Work Product & Common Interest |
| Email | **Google Letter** Document prepared in anticipation of litigation by or for trial by or for the Attorney General | #7 | 12/19/13 | Blake Bee | Brian Moran | Work Product & Common Interest |
| Email and Attached document | **Email & Memo re: Federal Jurisdiction** Document prepared in anticipation of litigation or for trial by or for the | #2 | 12/24/13 | Brian Moran | Blake Bee | Work Product & Common interest |

9

| | Attorney General | | | | | |
|---|---|---|---|---|---|---|
| Email & Attached Document | **Email & Memo re: MCPA**[10] Document prepared in anticipation of litigation or for trial by or for the Attorney General | #2 | Email & Attached Document 1/8/2014[11] | Brian Moran | Blake Bee, Mike Moore; Patrick Lynch; Jeff Guimond; Brian Moran | Work Product |
| Email | **Email & Draft Google Letter** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 1/16/2014 | Tom Perrelli | Brian Moran, Elizabeth Bullock, Scott Wilkins, Rob McKenna, Mike Moore | Work Product |
| Email & Attached Document | Email and Draft Letter to Google - Document prepared in anticipation of litigation or for trial by or for the Attorney General | #7 | 1/16/2014 | Brian Moran | Blake Bee Mary Joe Woods | Work Product |
| Email | **Email and link to NY Times Article**[12] - Document prepared in anticipation of litigation or for trial by or for the Attorney General | #2 | 3/8/2014 | Rick Smotkin | Patrick Lynch, Jeff Guimond, Tom Galvin, Mike Moore, Vans Stevenson, Brian Cohen, Bull Guidera, Rob McKenna, Mark Blafkin, Brian Moran | Work Product |
| Email | **Google CIDs** - Confidential communication between Attorney General and Mike Moore for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding; document prepared in anticipation of litigation or for | #2 | 3/10/14 | Mike Moore | Mary Jo Woods | Attorney-Client & Work Product |

---

[10] Mississippi Consumer Protection Act
[11] This date indicates the approximate date of receipt.
[12] http://mobile.nytimes.com/2014/03/08/opinion/gun-safety-on-facebook.html?_r=}&rerrer=

10

| | | | | | | |
|---|---|---|---|---|---|---|
| | trial by or for the Attorney General | | | | | |
| Email | **Google CIDs and State Law Research** Confidential communication between Attorney General and Mike Moore for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding; document prepared in anticipation of litigation or for trial by or for the Attorney General | #2 | 3/10/14 | Mary Jo Woods | Mike Moore | Attorney-Client & Work Product |
| Email | **Google CIDs and State Law Research** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #2 | 3/10/14 | Mike Moore | Tom Perrelli | Work Product |
| Email | **Google CIDs and State Law Research** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #2 | 3/10/14 | Tom Perrelli | Mike Moore | Work Product |
| Email | **Google CIDs and State Law Research** Document prepared in anticipation of litigation or for trial by or for the Attorney General | #2 | 3/10/14 | Mike Moore | Tom Perrelli | Work Product |
| Email | **Google CIDs and State Law Research** Document prepared in | #2 | 3/18/14 | Tom Perrelli | Mike Moore | Work Product & Common Interest |

11

| | | | | | | |
|---|---|---|---|---|---|---|
| | anticipation of litigation or for trial by or for the Attorney General | | | 12 | | |
| Email & Attached Document | **Email & Attached Memo re: State Laws for CIDs** Email is a confidential communication between the Attorney General and Mike Moore for purposes of securing either a legal opinion or legal services, or assistance in some legal proceeding; the Memo is a document prepared in anticipation of litigation or for trial by or for the Attorney General | #2 | 3/19/14 | Email - Mike Moore; Memo - Tom Perrelli | Mary Jo Woods | Email - Attorney Client & Memo - Work Product |