IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOOGLE, INC.,<br><br>*Petitioner,*<br><br>v.<br><br>DIGITAL CITIZENS ALLIANCE, ET AL.,<br><br>*Respondents.* | Case No. 15-mc-707-JEB-DAR<br><br>Case in Other Court:<br>No. 3:14-cv-981-HTW-LRA (S.D. Miss.)<br><br>Judge James E. Boasberg<br><br>Magistrate Judge Deborah A. Robinson |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THE
MEMORANDUM OF THE MPAA AND JENNER & BLOCK OPPOSING
PETITIONER GOOGLE INC.'S RULE 45 MOTION TO TRANSFER**

The Motion Picture Association of America, Inc. ("MPAA") and Jenner & Block, LLP ("Jenner"), by and through their counsel, respectfully submit and herby file this Notice of Supplemental Authority in Further Support of their Memorandum Opposing Petitioner Google Inc.'s ("Google") Rule 45 Motion to Transfer to update the Court with respect to a highly relevant decision issued this past Friday by the Honorable Edgardo Ramos in the Southern District of New York.

Google commenced the action in this Court on June 1, 2015 by filing Motions to Compel compliance with subpoenas issued to the MPAA, Jenner, and the Digital Citizens Alliance (Dkt. 1-7). On June 4, 2015, Google filed a Motion to Transfer this action to the Southern District of Mississippi (Dkt. 9). The parties appeared before this Court on July 8, 2015 for a hearing on that motion. At the conclusion of the hearing, this Court took the transfer motion under advisement.

As this Court will recall, Google filed a related action in the Southern District of New York to compel compliance with subpoenas issued to three of the MPAA's members, and

Google likewise moved to transfer the New York action to Mississippi.[1]  Google argued in this Court (and in the Southern District of New York) that both the action in this Court and the action in the Southern District of New York should be transferred to Mississippi to avoid the possibility of inconsistent decisions and in the interests of judicial economy.

On Friday, July 10, 2015, the parties to the New York action appeared before Judge Ramos and argued the transfer motion filed in that court.  Immediately following the hearing, Judge Ramos ruled from the bench and denied Google's motion to transfer.  An excerpt of the hearing transcript containing the ruling by Judge Ramos appears as Exhibit 1.

Dated: July 13, 2015

Respectfully submitted,

/s/ David A. Handzo
David A. Handzo (D.C. Bar No. 384023)
JENNER & BLOCK LLP
1099 New York Avenue NW, Ste. 900
Washington, DC 20001
Tel. (202) 639-6000
Fax (202) 639-6060
dhandzo@jenner.com

*Counsel for Respondents Motion Picture Association of America, Inc. and Jenner & Block LLP*

Jeremy Creelan
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10002-3908
Tel. (212) 891-1600
Fax (212) 891-1699
jcreelan@jenner.com

*Counsel for Respondent Motion Picture Association of America, Inc.*

Norman Hirsch
Christopher Tompkins
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Tel. (312) 222-9350
Fax (312) 527-0484
nhirsch@jenner.com
ctompkins@jenner.com

*Counsel for Respondent Jenner & Block LLP*

---

[1] The pending action in New York is *Google v. Twenty First Century Fox, et al*, No. 1:15-mc-00150-P1.

| | |
|---|---|
| GOOGLE, INC., | Case No. 15-mc-707-JEB-DAR |
| *Petitioner,* | Case in Other Court:<br>No. 3:14-cv-981-HTW-LRA (S.D. Miss.) |
| v. | Judge James E. Boasberg |
| DIGITIAL CITIZENS ALLIANCE, ET AL., | Magistrate Judge Deborah A. Robinson |
| *Respondents.* | |

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, a true and correct copy of the foregoing:

**NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THE MEMORANDUM OF THE MPAA AND JENNER & BLOCK OPPOSING PETITIONER GOOGLE INC.'S RULE 45 MOTION TO TRANSFER**

was filed via electronic court notification with the Clerk's office and served on all counsel of record as indicated below:

Veronica S. Ascarrunz ☐ Via Hand Delivery
WILSON SONSINI GOODRICH & ROSATI ☑ Via Electronic Court Notification
1700 K Street, NW, Fifth Floor ☐ Via U.S. Mail
Washington, DC 20006

David M. Kramer ☐ Via Hand Delivery
Michael H. Rubin ☑ Via Electronic Court Notification
WILSON SONSINI GOODRICH & ROSATI ☐ Via U.S. Mail
650 Page Mill Road
Palo Alto, CA 94304
*Counsel for Google, Inc.*

Eli Kay-Oliphant ☐ Via Hand Delivery
Jonathan Standish Massey ☑ Via Electronic Court Notification
MASSEY & GAIL LLP ☐ Via U.S. Mail
50 East Washington Street
Chicago, IL 60602
ekay-oliphant@masseygail.com
*Counsel for Digital Citizens Alliance*

/s/Micah J. Cogen
Micah J. Cogen