# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GOOGLE INC. <br>     Petitioner, <br><br> v. <br><br><br> DIGITAL CITIZENS ALLIANCE, <br> MOTION PICTURE ASSOCIATION OF <br> AMERICA, INC., and <br> JENNER & BLOCK LLP <br>     Respondents. | **CASE NO.:** 1:15-mc-00707-JEB-DAR <br><br> **CASE IN OTHER COURT:** <br> No. 3:14-cv-00981-HTW-LRA (S.D. Miss.) |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF GOOGLE INC.'S RULE 45(f) MOTION TO TRANSFER

Google Inc. ("Google"), by and through its counsel, respectfully submits this Notice of Supplemental Authority in Further Support of its Rule 45(f) Motion to Transfer (Dkt No. 9) in order to update the Court with respect to a *sua sponte* order issued by Judge Lorna G. Schofield of the Southern District of New York in *Google Inc. v. Twenty-First Century Fox, Inc., et al*, 1:15-mc-00150-P1. A copy of the order is attached hereto as Exhibit 1.

Judge Schofield has *sua sponte* decided to reconsider Google's Rule 45(f) Motion to Transfer, and has instructed the parties to be prepared to present argument concerning that motion at a hearing on July 29, 2015.

Dated: July 23, 2015                                      Respectfully submitted,


                                                                                                   WILSON SONSINI GOODRICH & ROSATI
                                                                                                   Professional Corporation

-2-

By: */s/ Michael H. Rubin*

    Veronica S. Ascarrunz (D.C. Bar No. 494474)
    1700 K Street, NW
    Fifth Floor
    Washington, DC 20006
    Email: vascarrunz@wsgr.com
    Phone: (202) 973-8800
    Fax: (202) 973-8899

    David H. Kramer (admitted *pro hac vice*)
    Michael H. Rubin (admitted *pro hac vice*)
    650 Page Mill Road
    Palo Alto, CA 94304
    Email: dkramer@wsgr.com
    Email: mrubin@wsgr.com
    Phone: (650) 496-9300
    Fax: (650) 493-6811

    *Attorneys for Petitioner*
    GOOGLE INC.