# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GOOGLE INC.<br>   Petitioner,<br><br>v.<br><br>DIGITAL CITIZENS ALLIANCE,<br>MOTION PICTURE ASSOCIATION OF<br>AMERICA, INC., and<br>JENNER & BLOCK LLP<br>   Respondents. | CASE NO.: 1:15-mc-00707-JEB-DAR<br><br>CASE IN OTHER COURT:<br>No. 3:14-cv-00981-HTW-LRA (S.D. Miss.) |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF GOOGLE INC.'S RULE 45(f) MOTION TO TRANSFER

Google Inc. ("Google"), by and through its counsel, respectfully submits this Notice of Supplemental Authority in Further Support of its Rule 45(f) Motion to Transfer (Dkt No. 9).

At a July 29, 2015 hearing, Judge Lorna G. Schofield of the Southern District of New York ordered the transfer to the Southern District of Mississippi of Google's motion to compel in the related matter *Google Inc. v. Twenty-First Century Fox, Inc., et al*, 1:15-mc-00150-P1. A copy of Judge Schofield's order is attached hereto as Exhibit 1, and a copy of the transcript detailing her reasons for granting Google's motion to transfer is attached hereto as Exhibit 2.[1]

In her ruling, Judge Schofield found that "exceptional circumstances—including Judge Wingate's management of the underlying litigation—outweigh the interests of the subpoenaed parties in obtaining local resolution of the motion." Exhibit 2, Hearing Transcript ("Tr.") at

---

[1] Judge Ramos of the Southern District of New York previously denied Google's motion in what he described as a very close call. Respondents submitted that order as supplemental authority. Dkt. No. 28. The New York matter was then reassigned to Judge Schofield, who *sua sponte* asked for further argument on the transfer motion. Google's Notice of Supplemental Authority, Dkt. No. 32. That process culminated in the new order granting transfer.

18:21-24.  Specifically, Judge Schofield concluded that the NY Subpoenaed Parties would not be unduly burdened by transfer (Tr. at 19:1-20:4), and that the "the questions of relevance here implicate the scope of discovery in the underlying litigation before Judge Wingate."  Tr. at 20:9-20-10.  Judge Schofield "reject[ed] the subpoenaed parties' argument that these subpoenas present only a 'run-of-the-mill relevance dispute'" (Tr. 21:18-21:20) and noted that resolving the motion to compel would "'require[] delving into substantive issues in the highly complex underlying action.'"  Tr. at 21:16-17 (*quoting Fed. Home Loan Mortgage Corp. v. Deloitte & Touche LLP*, 15-mc-568, 2015 WL 3413540, at *2 (D.D.C. May 2015)).  Judge Schofield said that if she were to decide the matter, she would likely reject the NY Subpoenaed Parties argument that all documents that Attorney General Hood had not seen are categorically irrelevant.  Tr. at 15:4-15:14.  But she ultimately decided that Judge Wingate was best positioned to resolve that issue. Tr. at 23:8-23:10.

Judge Schofield also highlighted the fact that "transfer may help avoid unnecessary disruption with Judge Wingate's management of his case particularly in light of the looming [August 10, 2015] discovery cutoff date" in the underlying case (Tr. at 22:11-22:14), and that circumstances presented by Google's motion to transfer were similar to those in other cases where transfer was warranted in the interests of judicial economy and comity.  Tr. at 21:11-21; 22:15-22:25.

Dated: July 29, 2015                          Respectfully submitted,


                                              WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation


                                              By: /s/ Michael H. Rubin

                                                  Veronica S. Ascarrunz (D.C. Bar No. 494474)
                                                  1700 K Street, NW
                                                  Fifth Floor
                                                  Washington, DC 20006

-3-

Email: vascarrunz@wsgr.com
Phone: (202) 973-8800
Fax: (202) 973-8899

David H. Kramer (admitted *pro hac vice*)
Michael H. Rubin (admitted *pro hac vice*)
650 Page Mill Road
Palo Alto, CA 94304
Email: dkramer@wsgr.com
Email: mrubin@wsgr.com
Phone: (650) 496-9300
Fax: (650) 493-6811

*Attorneys for Petitioner*
GOOGLE INC.