UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOOGLE, INC.<br><br>      Plaintiff,<br><br>  v.<br><br>DIGITAL CITIZENS ALLIANCE, et al.<br><br>      Defendants. | Miscellaneous Action No. 15-00707<br>JEB/DAR |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 31st Day of July, 2015, hereby

**ORDERED** that Google Inc.'s Rule 45(f) Motion to Transfer (Document No. 9) is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk of the Court shall transfer Google Inc.'s Rule 45 motions to compel compliance with subpoenas (Document Nos. 1, 4, 5) to the United States District Court for the Southern District of Mississippi.

                                                        /s/
                                    DEBORAH A. ROBINSON
                                    United States Magistrate Judge